# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1235

_____

Christine Brown

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: September 20, 2016
Filed: September 23, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Christine Brown appeals the district court's[1] order affirming the denial of supplemental security income and disability insurance benefits. We disagree with Mrs. Brown that the administrative law judge (ALJ) did not adequately account for her mental impairments in determining her residual functional capacity (RFC), see Buford v. Colvin, 824 F.3d 793, 796 (8th Cir. 2016) (it is claimant's burden to establish RFC); and we conclude that substantial evidence on the record as a whole supports the ALJ's adverse decision, see Ash v. Colvin, 812 F.3d 686, 689-90 (8th Cir. 2016) (substantial evidence is enough that reasonable minds would find it adequate). The judgment of the district court is affirmed.

_____

[1]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).